JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY M. NAPIER,<br><br>             Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and SANDVIK ROCK TOOLS, INC. LONG TERM DISABILITY PLAN,<br><br>             Defendants. | Case No: CV09-09224 RGK(AGRx)<br><br>(~~PROPOSED~~) ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

## O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
Honorable R. Gary Klausner
Judge of the U.S. District Court